IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HENRY WASHINGTON,**

    Plaintiff,

                              Case 4:16-cv-00592-RH-CAS

vs.

**JULIE JONES, as Secretary of the
Department of Corrections, CORIZON
HEALTH, INC., AND DR. NABEEL
KOUKA, LEONARD MYERS,
MATTHEW LISTON, LEON O'NEAL,
MIKE JONES, KATINA KELLY,
WILLIAM Q. BELL, SHAWANNA
CHERRY, SAMUEL MASON,
CHARLES MINTA, JAMES GODWIN,
ALONZO DYE, individually,**

    Defendants.
_____/

## CONSENTED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants move for an extension of time through and including December 30, 2016, to respond to the Complaint, and as grounds state:

    1.    The Defendants have been served with process, to which the earliest response is due December 12, 2016.

2. The individual Defendants are current or former employees of Defendant, Department of Corrections, and potential conflicts of interest are still being sorted.

3. Given the number of individual defendants, their schedules, the need to investigate for potential conflicts which could necessitate separate counsel, and approaching holidays, the undersigned counsel request on behalf of all Defendants a brief extension of time to respond to the Complaint. Specifically, Defendants are requesting a two week extension until December 30, 2016 to begin responding to the Complaint.

4. This motion is not made for dilatory or other improper purposes but to allow for the thorough preparation of a defense for each Defendant. The undersigned counsel has consulted with counsel for Plaintiff who consents to the relief requested herein.

5. The undersigned counsel may or may not ultimately represent all Defendants. This motion does not waive any challenges to service or any other defenses available to any Defendant.

WHEREFORE, Defendants seek additional time, through and including December 30, 2016, to respond to the Complaint.

## 7.1(C) CERTIFICATE

The undersigned counsel certify that they have fulfilled their obligations under Local Rule 7.1(B) to confer with counsel for Plaintiff and advise that counsel for Plaintiff consent to the relief requested in this motion.

Dated this 9th day of December 2016.

                        HENRY, BUCHANAN, P.A.

                        *s/ Miriam R. Coles*
                        MIRIAM R. COLES
                        Florida Bar No. 58402
                        mcoles@henryblaw.com
                        DAWN M. McMAHON
                        Florida Bar No. 735531
                        dmcmahon@henryblaw.com
                        Post Office Drawer 14079
                        Tallahassee, Florida 32317-4079
                        (850) 222-2920: Telephone
                        (850) 224-0034: Facsimile
                        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification of such filing to all attorneys of record on this 9th day of December 2016.

                        *s/ Miriam R. Coles*
                        Attorney