IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY WASHINGTON,

    Plaintiff,

v.                                                  CASE NO. 4:16cv592-RH/CAS

JULIE JONES, etc., et al.,

    Defendants.

_____/

ORDER GRANTING LEAVE TO
DEPOSE A WITNESS IN CUSTODY

    Under Federal Rule of Civil Procedure 30(a)(2)(B), a person who is in custody may be deposed only with leave of court. The defendants have moved for leave to depose the plaintiff, Henry Washington. The record indicates that Mr. Washington is in custody at the Suwannee Correctional Institution in Live Oak, Florida. I find that taking this deposition will be consistent with Federal Rule of Civil Procedure 26(b)(1).

    IT IS ORDERED:

    1. The consented motion, ECF No. 30, for leave to depose Mr. Washington is granted.

2.  The deposition must take place at a time and under conditions acceptable to officials of the facility where Mr. Washington is in custody.

SO ORDERED on May 7, 2017.

s/Robert L. Hinkle<br>United States District Judge