UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

**HENRY WASHINGTON,**

     Plaintiff,                   Case No. 4:16-cv-00592-RH-CAS

v.

**JULIE JONES, as Secretary of the Department of Corrections, CORIZON HEALTH, INC., AND DR. NABEEL KOUKA, LEONARD MYERS, MATTHEW LISTON, LEON O'NEAL, MIKE JONES, KATINA KELLY, WILLIAM Q. BELL, SHAWANNA CHERRY, SAMUEL MASON, CHARLES MINTA, JAMES GODWIN, ALONZO DYE, individually,**

     Defendants.

_____/

<u>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND**</u>

Defendants, Julie Jones, as Secretary of the Department of Corrections and Shawanna Cherry, by and through the undersigned counsel hereby respond to Plaintiff's Partially Unopposed Motion to Amend the Second Amended Complaint, Add a Party, Drop a Party, Extend Deadlines by 90 Days, and Continue Trial Date, as follows:

On May 2, 2017, Plaintiff filed a motion to amend his Second Amended Complaint in order to add a new Defendant, Centurion of Florida, L.L.C., relating to a medical episode he suffered on or about April 23, 2017. (Doc. 31.) Specifically, Plaintiff claims that Centurion failed to provide Plaintiff with medication, which caused him to suffer a heart attack.

Presently, discovery is scheduled to end on August 5, 2017. The deadline to amend the pleadings was March 27, 2017. Plaintiff should not be permitted to add a new Defendant or raise new allegations at this stage in the litigation, particularly where the proposed claims against Centurion are likely subject to the requirement to exhaust administrative remedies before suit can be filed. Plaintiff has not shown good cause for such an amendment. See *Sosa v. Airprint Sys., Inc.,* 133 F.3d 1417, 1418 n.2 (11th Cir. 1998) ("[W]hen a motion to amend is filed after a scheduling order deadline, Rule 16 is the proper guide for determining whether a party's delay may be excused.")

Notwithstanding this objection, these Defendants were not consulted on Plaintiff's desire to dismiss Defendant Cherry, and they do not oppose Plaintiff's motion to amend to the extent he intends to drop his claims against Defendant Cherry and dismiss her from this action.

Dated this 15th day of May 2017.

          HENRY, BUCHANAN, P.A.

          *s/ Dawn M. McMahon*
          DAWN M. McMAHON
          Florida Bar No. 735531
          dmcmahon@henryblaw.com
          MIRIAM R. COLES
          Florida Bar No. 58402
          mcoles@henryblaw.com
          Post Office Drawer 14079
          Tallahassee, Florida 32317-4079
          (850) 222-2920: Telephone
          (850) 224-0034: Facsimile
          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification of such filing to all attorneys of record on this 15th day of May 2017.

          *s/ Dawn M. McMahon*
          Attorney

3